*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 12, 2015                    520735
_____

In the Matter of the Claim of
    REYMAN SOSA,
                        Appellant.
                                              MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   September 22, 2015

Before:   Peters, P.J., McCarthy, Rose and Devine, JJ.

_____

        Reyman Sosa, Lawrenceville, Georgia, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Gary Leibowitz of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 5, 2014, which, among other things, ruled that claimant was ineligible to receive unemployment insurance benefits because he was not totally unemployed.

        Decision affirmed.  No opinion.

        Peters, P.J., McCarthy, Rose and Devine, JJ., concur.

-2-                    520735

ORDERED that the decision is affirmed, without costs.



                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court